UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEVORIS ANTOINE NEWSON #620472, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) NO. 3:21-cv-00176 ) |
| TROUSDALE TURNER CORRECTIONAL CENTER, et al., | ) ) ) ) |
| Defendants. | ) |

### ORDER

Devoris Antoine Newson, a state inmate, filed this pro se civil rights action under 42 U.S.C. § 1983. (Doc. No. 1). He also submitted an application to proceed as a pauper. (Doc. No. 2). On March 9, 2021, the Court denied Newson's application without prejudice. (Doc. No. 6). The Court ordered Newson to, within 30 days, either submit an amended application or pay the full filing fee. (Id. at 2). Furthermore, the Court warned Newson that failure to comply or request an extension of time would result in dismissal of the Complaint for failure to prosecute and for failure to comply with the Court's Order. (Id.)

In the nearly 60 days that have elapsed since the Court's Order was issued, Newson made filings regarding a change of address and a request for counsel (Doc. No. 7, 8). However, there has been no discernable attempt by Newson to comply with the Court's Order or request an extension of time to do so.

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** for want of prosecution and failure to comply with the Court's Order. Moore v. Werich, No. 3:20-cv-00099, 2020 WL 6134994, at *1 (M.D. Tenn. Oct. 19, 2020) (citing Carter v. City of Memphis, 636 F.2d

159, 161 (6th Cir. 1980)); Fed. R. Civ. P. 41(b); see also Link v. Wabash Railroad, 370 U.S. 626, 630-31 (1962) (explaining that federal courts have the inherent power to dismiss cases for want of prosecution "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases"). All pending motions are **DENIED AS MOOT**.

    IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE